■ In the Matter of JOSE M., a Person Alleged to be a Juvenile Delinquent, Appellant. [42 NYS3d 797]—Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about August 4, 2015, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of attempted assault in the third degree and menacing in the third degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence established the elements of each of the offenses at issue. Concur—Friedman, J.P., Moskowitz, Webber, Kahn and Gesmer, JJ.